x:\tc51671\appear

WDJ/ls
File No.: TC-51671

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
KRZYSZTOF ZALEWSKI AND DANUTA ZALEWSKA,

                Plaintiffs,

       -against-

100 CHURCH, LLC, 160 WATER ST., INC., 160
WATER STREET ASSOCIATES, ALAN KASMAN
DBA KASCO, AMBIENT GROUP, INC., ANN TAYLOR
STORES CORPORATION, BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC, CUNNINGHAM DUCT CLEANING
CO., INC., ENVIROTECH CLEAN AIR, INC., G.L.O.
MANAGEMENT, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC., INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
J.P. MORGAN CHASE CORPORATION, KASCO
RESTORATION SERVICES CO., LAW ENGINEERING
P.C., MERRILL LYNCH & CO, INC., NOMURA
HOLDING AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., ROYAL AND
SUNALLIANCE INSURANCE GROUP, PLC,
STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., TOSCORP INC., TRC
ENGINEERS, INC., WESTON SOLUTIONS, INC., WFP

NOTICE OF
APPEARANCE

21 MC 102 (AKH)

TOWER B CO. G.P. CORP., WFP TOWER B HOLDING
CO., LP, WFP TOWER B. CO., L.P., AND ZAR
REALTY MANAGEMENT CORP., ET AL,

                    Defendants.
---------------------------------------------------------------------X

C O U N S E L O R S :

      PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below:

Dated: New York, New York
       July 12, 2007

                                              WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
                                              BARRY, McTIERNAN & MOORE
                                              Attorneys for Defendants
                                              STRUCTURE TONE, INC. s/h/a
                                              STRUCTURE TONE (UK), INC. and
                                              STRUCTURE TONE GLOBAL SERVICES, INC.
                                              2 Rector Street – 14th Floor
                                              New York, New York 10006
                                              (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York 10006
(212) 267-3700