UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X

KRZYSZTOF ZALEWSKI (AND WIFE, : 07-CV-5330-AKH
DANUTA ZALEWSKA),

                    Plaintiff, : **APPEARANCE**

  - against -

100 CHURCH, LLC, *et al.*, : **ELECTRONICALLY FILED**

                    Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York               DICKSTEIN SHAPIRO LLP
       October 3, 2007

                                 By:   /s/ Judith R. Cohen
                                      Judith R. Cohen (JC-8614)
                                      1177 Avenue of the Americas
                                      New York, New York 10036
                                      Phone: (212) 277-6500
                                      Fax: (212) 277-6501
                                      *Attorney for Defendant*
                                      MERRILL LYNCH & CO., INC.

DOCSNY-271882v01