x:\ATS51746\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------X        21 MC 102 (AKH)
KRZYSZTOF ZALEWSKI AND DANUTA
ZALEWSKA
                                                                          Civil Action No.:

                                                                          **NOTICE OF ADOPTION**

                         Plaintiff(s),
            - against -

100 CHURCH, LLC, 160 WATER ST., INC., 160 WATER
STREET ASSOCIATES, ALAN KASMAN DBA KASCO,
AMBIENT GROUP, INC., ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC.
D/B/A BMS CAT, BROOKFIELD FINANCIAL PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC, CUNNINGHAM DUCT
CLEANING CO., INC., ENVIROTECH CLEAN AIR, INC.,
G.L.O. MANAGEMENT, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC., INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC., J.P.
MORGAN CHASE CORPORATION, KASCO
RESTORATION SERVICES CO., LAW ENGINEERING P.C.,
MERRILL LYNCH & CO, INC., NOMURA HOLDING
AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., ROYAL AND SUNALLIANCE
INSURANCE GROUP, PLC, STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC., TOSCORP

INC., TRC ENGINEERS, INC., WESTON SOLUTIONS, INC., WFP
TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO.,
LP, WFP TOWER B. CO., L.P., AND ZAR REALTY
MANAGEMENT CORP., ET AL,

                           Defendant(s).
------------------------------------------------------------------------X

COUNSELORS:

        PLEASE TAKE NOTICE that defendants, ANN TAYLOR STORES CORPORATION, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

        To the extent that ANN TAYLOR STORES CORPORATION's, Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

        WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       October 10, 2007

                                        ROGER P. McTIERNAN, JR. (RPM 1680)
                                        BARRY, McTIERNAN & MOORE
                                        Attorneys for Defendants
                                        ANN TAYLOR STORES CORPORATION.
                                        2 Rector Street – 14th Floor
                                        New York, New York 10006
                                        (212) 313-3600