KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER           21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION

-------------------------------------------------------------------x
KRZYSZTOF ZALEWSKI and DANUTA ZALEWSKI,     DOCKET NO:
                                             07 CV 05330
             Plaintiffs,
    -against-

100 CHURCH, LLC, 160 WATER STREET, INC,
160 WATER STREET ASSOCIATES, 55
WATER CONDOMINIUM, 90 CHURCH STREET
LIMITED PARTNERSHIP, AIG REALTY, INC.,       NOTICE OF
ALAN KASMAN DBA KASCO, ALLBRIGHT             APPEARANCE
PARKING MANAGMENT, INC., AMBIENT
GROUP, INC., AMERICAN INTERNATIONAL
REALTY CORP., ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC.,
BLACKMON-MOORING STEAMATIC CATASTOPHE,
INC., d/b/a BMS CAT, BOARD OF MANAGERS OF
THE HUDSON VIEW EAST CONDIMINIUM,
BOSTON PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.C.,
BROOKFIELD PARTNERS, L.P., BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS, INC., CENTRAL
PARKING SYSTEMS OF NEW YORK, CUNNINGHAM
DUCT CLEANING CO., EDISON PARKING
MANAGEMENT, LP., ENVIROTECH CLEAN
AIR, INC., G.L.O MANAGEMENT, INC., GPS

ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC
HUDSON VIEW EAST CONDOMINIUM, HUDSON
VIEW EAST CONDOMINIUM, HUDSON VIEW
TOWERS ASSOCIATES, INDOOR AIR PROFESSIONALS,
INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASKO RESTORATION SERVICES CO., LAW
ENGINEERING, P.C., MERILL LYNCH & CO.,
MERILL LYNCH & CO., INC., NEW WATER
STREET CORP., NOMURA HOLDING AMERICA,
INC., NOMURA SECURITIES INTERNATIONAL, INC.,
ONE WALL STREET HOLDINGS, LLC, R Y MANAGEMENT
CO., INC., ROYAL AND SUNALLIANCE INSURANCE
GROUP, PLC., STRUCTURE TONE (UK) INC., STRUCTURE
TONE GLOBAL SERVICES, INC., THE BANK OF NEW
YORK COMPANY, INC., TOSCORP., INC., TRC
ENGINEERS, INC., WESTON SOLUTIONS, INC, WFP
TOWER B CO., G.P., CORP., WFP TOWER B HOLDING
CO., L.P., WFP TOWER B CO., L.P., WFPT TOWER D
CO., G.P., CORP., WFP TOWER D HOLDING CO., I. L.P.,
WFP TOWER D HOLDING I. G.P., CORP., WFP TOWER D
CO., L.P., and ZAR REALTY MANAGEMENT CORP., et al.

**Defendants.**
-------------------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**

    I certify that I am admitted to practice in this court.

Dated: New York, New York
       January 14, 2008

Kevin G. Horbatiuk
Kevin G. Horbatiuk (KGH4977)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
        WORBY GRONER EDELMAN & NAPOLI BERN, LLP
        Attorney for Plaintiffs
        **KRZYSZTOF ZALEWSKI and DANUTA ZALEWSKI**
        115 Broadway 12th Floor
        New York, New York 10006
        (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 14th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**KRZYSZTOF ZALEWSKI and DANUTA ZALEWSKI**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**