Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
RY MANAGEMENT CO., INC., i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY").

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X    21 MC 102 (AKH)

KRZYSZTOF ZALEWSKI (AND WIFE, DANUTA ZALEWSKA),

                Plaintiff(s),

-against-

100 CHURCH, LLC, et al.,

                Defendant(s).
--------------------------------------------------------X

Index No.: 07-CV-05330

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

**ELECTRONICALLY FILED**

PLEASE TAKE NOTICE that Defendant, RY MANAGEMENT CO., INC., i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY"), by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated October 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant, RY MANAGEMENT CO., INC., i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY"), demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       January 4, 2008

               Yours etc.,

               McGIVNEY & KLUGER, P.C.
               Attorneys for Defendant
               RY MANAGEMENT CO., INC., i/s/h/a RY
               MANAGEMENT (hereinafter referred to as "RY"),

               By: _____
               Richard E. Leff (RL-2123)
               80 Broad Street, 23rd Floor
               New York, New York 10004
               (212) 509-3456

TO: WORBY GRONER & NAPOLI BERN, LLP
   Plaintiffs Liaison
   In Re Lower Manhattan Disaster Site
   Litigation
   115 Broadway, 12th Floor
   New York, New York 10006
   (212) 267-3700

   All Defense Counsel