UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------x
KRZYSZTOF ZALEWSKI AND DANUTA ZALEWSKA,.

                               Plaintiffs,                      07CV05330

                                                                      ANSWER TO
                                                                       AMENDED
                                                                       COMPLAINT

                         against -

100 CHURCH, LLC, 160 WATER ST., INC., 160
WATER STREET ASSOCIATES, 55 WATER
STREET CONDOMINIUM, 90 CHURCH
STREET LIMITED PARTNERSHIP, AIG
REALTY, INC., ALAN KASMAN DBA KASCO,
ALLBRIGHT PARKING MANAGEMENT, NC.,
AMBIENT GROUP, INC., AMERICAN
INTERNATIONAL GROUP, INC., AMERICAN
INTERNATIONAL REALTY CORP., ANN
TAYLOR STORES CORPORATION, BATTERY
PARK CITY AUTHORITY, BELFOR USA
GROUP, INC., BLACKMON-MOORING
STEAMATIC CATASTOPHE, INC. D/B/A BMS
CAT, BOARD OF MANAGERS OF THE
HUDSON VIEW EAST CONDOMINIUM,
BOSTON PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., CENTRAL PARKING
SYSTEM OF NEW YORK, INC., CUNNINGHAM
DUCT CLEANING CO., INC., EDISON
PARKING MANAGEMENT, L.P., ENVIROTECH
CLEAN AIR, [NC., G.L.O. MANAGEMENT,
INC., GPS ENVIRONMENTAL CONSULTANTS,
INC., HILLMAN ENVIRONMENTAL GROUP,
LLC., HUDSON VIEW EAST CONDOMINIUM,
HUDSON VIEW TOWERS ASSOCIATES,
INDOOR AIR PROFESSIONALS, INC., INDOOR

ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO., LAW
ENGINEERING P.C., MERRILL LYNCH & CO,
INC., NEW WATER STREET CORP., NOMURA
HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL;INC., ONE
WALL STREET HOLDINGS, LLC., R Y
MANAGEMENT CO., INC., ROYAL AND
SUNALLIANCE INSURANCE GROUP, PLC, RY
MANAGEMENT, STRUCTURE TONE (UK),
INC., STRUCTURE TONE GLOBAL SERVICES,
INC., THE BANK OF NEW YORK COMPANY,
INC., TOSCORP INC., TRC ENGINEERS, INC.,
WESTON SOLUTIONS, INC., WFP TOWER B
CO. G.P. CORP., WFP TOWER B HOLDING CO.,
LP, WFP TOWER B. CO., L.P., WFP TOWER D
CO. G.P. CORP., WEP TOWER D HOLDING CO.
I L.P., WFP TOWER D HOLDING CO. II L.P.,
WFP TOWER D HOLDING I G.P. CORP., WFP
TOWER D. CO., LY., AND ZAR REALTY
MANAGEMENT CORP , ET AL

                              Defendants.

------------------------------------------------------------------x

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Amended Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-

captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       March 7, 2008

                                Yours, etc.

                                FRIEDMAN, HARFENIST, LANGER & KRAUT
                                Attorneys for Defendant –Envirotech
                                3000 Marcus Avenue, Suite 2E1
                                Lake Success, New York 11042
                                (516) 775-5800

                                BY: _____
                                         Heather L. Smar (4622)